| | |
|---|---|
| Karen I. Boyd (State Bar No. 189808)<br>boyd@turnerboyd.com<br>Jennifer Seraphine (State Bar No. 245463)<br>seraphine@turnerboyd.com<br>Louis L. Wai (State Bar No. 295089)<br>wai@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street, Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>Morgan Chu (State Bar No. 70446)<br>mchu@irell.com<br>Alan J. Heinrich (State Bar No. 212782)<br>aheinrich@irell.com<br>Keith A. Orso (State Bar No. 217490)<br>korso@irell.com<br>Elizabeth C. Tuan (State Bar No. 295020)<br>etuan@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>*Attorneys for Plaintiff* | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Brian C. Cannon (Bar No. 193071)<br>briancannon@quinnemanuel.com<br>555 Twin Dolphin Drive, 5thFloor<br>Redwood City, California 94065-2129<br>(650) 801-5055 Tel.<br>(650) 801-5100 Fax<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Nathan N. Sun (Bar No. 284782)<br>nathansun@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6397 Tel.<br>(415) 875-6700 Fax<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY LIGHTS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ABCELLERA BIOLOGICS INC. and<br>LINEAGE BIOSCIENCES, INC.,<br><br>     Defendants. | Case No. 4:20-cv-05957-JSW<br>DENYING<br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND BRIEFING<br>SCHEDULE ON DEFENDANTS'<br>MOTION TO DISMISS**<br><br>THE HONORABLE JEFFREY S. WHITE<br>COURTROOM 5, 2ND FLOOR<br>DATE: DECEMBER 18, 2020<br>TIME: 9:00 A.M. |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Berkeley Lights, Inc. ("Plaintiff") and Defendants AbCellera Biologics, Inc. and Lineage Biosciences, Inc. (collectively, "Defendants") stipulate as follows:

WHEREAS Defendants filed a Motion to Dismiss Complaint (Dkt. No. 18) ("Motion") on September 29, 2020, which was re-noticed for hearing on December 18, 2020 (Dkt. No. 20);

WHEREAS Plaintiff's response to Defendants' Motion is currently due on or before October 13, 2020, and Defendants' reply is due seven days thereafter;

WHEREAS the parties have agreed that Plaintiff may have an additional fourteen days to file its opposition brief to Defendants' Motion (October 27, 2020) and Defendants may have an additional seven days to reply (November 10, 2020);

WHEREAS there have been no previous time modifications in this case, and the proposed extension will not alter the date of any event or deadline already fixed by Court order or alter the hearing date on Defendants' Motion;

THEREFORE, the parties agree that Plaintiff's time to respond to Defendants' Motion shall be extended to October 27, 2020, and Defendants' time to reply shall be extended to November 10, 2020.

**IT IS SO STIPULATED**.

Dated: October 9, 2020

TURNER BOYD LLP

*/s/ Jennifer Seraphine*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Louis L. Wai (State Bar No. 295089)
wai@turnerboyd.com
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Morgan Chu (State Bar No. 70446)
mchu@irell.com

Alan J. Heinrich (State Bar No. 212782)
aheinrich@irell.com
Keith A. Orso (State Bar No. 217490)
korso@irell.com
Elizabeth C. Tuan (State Bar No. 295020)
etuan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Brian C. Cannon*
Brian C. Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065-2129
(650) 801-5055 Tel.
(650) 801-5100 Fax

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Nathan N. Sun (Bar No. 284782)
nathansun@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6397 Tel.
(415) 875-6700 Fax

*Attorneys for Defendants*

For failure to show good cause, this stipulation is DENIED without prejudice.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED~~.

Dated: October 9, 2020

*[signature]*
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE