UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BERKELEY LIGHTS, INC., | Case No. 20-cv-05957-JSW (LB) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| ABCELLERA BIOLOGICS INC., et al., | Re: ECF No. 36 |
| Defendants. | |

The district judge referred discovery matters to the undersigned. Order – ECF No. 36. No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: January 29, 2021   _____

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-cv-05957-JSW (LB)